

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00860-CR

**EX PARTE** Donald Curtis **BRASSFIELD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1899-CR-A
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Rebeca C. Martinez, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: January 30, 2019

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this

appeal. *See id.*

PER CURIAM

Do not publish